**Dismissed and Opinion Filed April 11, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00061-CV

## IN THE BEST INTEREST AND PROTECTION OF D.P.

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MI-15-51450**

## MEMORANDUM OPINION

Before Chief Justice Wright, and  Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue.  By order dated February 23, 2016, the Court granted appointed counsel's motion to withdraw because the trial court had determined appellant was not indigent and could not proceed without payment of costs.  Because the brief was overdue, we extended the time to file appellant's brief on our own motion and ordered appellant to file a brief no later than March 8, 2016.  By postcard dated March 14, 2016, we notified appellant the time for filing her brief had expired.  We directed appellant to file both her brief and an extension motion within ten days.  We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice.  To date, appellant has not filed her brief, filed an extension motion, or otherwise corresponded with the Court.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).


160061F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE BEST INTEREST AND
PROTECTION OF D.P.

No. 05-16-00061-CV

On Appeal from the Probate Court No. 3,
Dallas County, Texas
Trial Court Cause No. MI-15-51450.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered April 11, 2016.